**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Julian Hernandez AVELINO, also known as Humberto Manuel Hernandez, Defendant-Appellant.**

**No. 12-41034
Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Aug. 20, 2013.

Milton Andrew Stover, Esq., U.S. Attorney's Office, Plano, TX, for Plaintiff-Appellee.

Robert Gerard Arrambide, Esq., Assistant Federal Public Defender, Office of the Federal Defender-Eastern District, Frisco, TX, Amy R. Blalock, Federal Defender's Office, Tyler, TX, for Defendant-Appellant.

---

Before HIGGINBOTHAM, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Julian Hernandez Avelino raises an argument that he concedes is foreclosed by *United States v. Newson,* 515 F.3d 374, 378–79 (5th Cir.2008), which held that the Government may decline to move for an additional one-point reduction under U.S.S.G. § 3E1.1(b) based on the defendant's refusal to waive his right to appeal. Accordingly, the Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

Before HIGGINBOTHAM, SMITH, and GRAVES, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

